11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

In the Matter of S.D.C., a child

No. 11-01-00280-CV B Appeal from Dallas County

 

Appellant filed a notice of appeal but has
failed to pay the required filing fee and has failed to pay for and file the
appellate record.  On November 1, 2001,
this court ordered appellant to pay the $125 filing fee on or before November
21, 2001, and to make arrangements for the filing of the record.  The November 1 order further stated that
failure to comply could result in the dismissal of the appeal.  Appellant has not responded to the November
1 order.

The appeal is dismissed.  TEX.R.APP.P. 42.3.

 

PER CURIAM

 

December 13, 2001

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.